IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOM SAFFELL,

    Plaintiff,

v.                                                                Civil Action No. 3:16-cv-02795

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY, et al.,

    Defendants.
_____ /

**<u>ORDER</u>**

This day came the parties, upon the Motion to Dismiss Plaintiff's State Law Claims for Damages, Fees, Expenses and Interest (Doc. No. 9) filed by Wright National Flood Insurance Company. It appearing to the Court that the parties have agreed that the relief requested in the aforesaid Motion is appropriate, and the Court, deeming it proper to do so, it is hereby

ORDERED that the Motion to Dismiss Plaintiff's State Law Claims for Damages, Fees, Expenses and Interest shall be and the same is hereby granted and it is further

ORDERED that the claims of the Plaintiff for incidental damages, consequential damages, attorneys fees, litigation expenses, exemplary/punitive damages and pre-judgment interest, including all other claims advanced or damages claimed under Tennessee state law, including Tennessee Code § 56-7-105 are hereby dismissed with prejudice.

                                                     _____
                                                     WAVERLY D. CRENSHAW, JR.
                                                     UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:


  /s/ Theodore I. Brenner
Theodore I. Brenner, VSB No. 17815
FREEBORN & PETERS LLP
411 E. Franklin Street, Suite 200
Richmond, VA 23219
Telephone:    (804) 644-1300
Facsimile:    (804) 644-1354
Email: tbrenner@freeborn.com
*Pro Hac Vice*
*Counsel for Defendant Wright National*
*Flood Insurance Company*



  /s/ Christoper M. Jones
Mark S. LeVan, # 012155
Christopher M. Jones, #022142
LeVAN, SPRADER, PATTON, PLYMIRE & OFFUTT
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
Telephone:    (615) 843-0300
Facsimile:    (615) 843-0310
Email:  mlevan@lsplaw.net
Email:  cjones@lsplaw.net
*Local Counsel for Defendant Wright National*
*Flood Insurance Company*



  /s/ Nathan Colburn
Nathan Colburn, #28488
1201A 7th Avenue North
Nashville, TN 37208
Telephone:    (615) 255-1212
Email: Colburnlaw@gmail.com
*Counsel for Plaintiff*