IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TOM SAFFELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:16-cv-02795 |
| | ) | Judge Crenshaw |
| WRIGHT NATIONAL FLOOD | ) | Magistrate Judge Newbern |
| INSURANCE COMPANY and | ) | |
| FARMERS INSURANCE | ) | |
| EXCHANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Notice is hereby given that all claims in this action have been fully compromised and settled by the parties. It is anticipated that a proposed Order of Dismissal will be submitted to the Court for entry within thirty (30) days.

Dated: November 16, 2017.


Respectfully submitted,


By: /s/ Nathan Colburn
Nathan Colburn, #28488
1201A 7th Avenue North
Nashville, TN 37208
Phone: (615) 255-1212
Email: colburnlaw@gmail.com
Attorney for Plaintiff

By: /s/ Christopher M. Jones
    Christopher M. Jones, #22142
    LeVan, Sprader, Patton &, Plymire
    201 Fourth Avenue North, Suite 1500
    Nashville, TN 37219
    Phone: (615) 843-0300
    Email: cjones@lsplaw.net
    Attorney for Defendant Wright National Flood Insurance Company


By: /s/ Theodore I. Brenner
    Theodore I. Brenner
    Freeborn & Peters, LLP
    411 East Franklin Street, Suite 200
    Richmond, VA 23219
    Phone: (804) 644-1300
    Email: tbrenner@freeborn.com
    Attorney for Defendant Wright National Flood Insurance Company


By: /s/ David J. Pflaum
    David J. Pflaum, #11098
    Watkins & McNeilly, PLLC
    214 Second Avenue North, Suite 300
    Nashville, TN 37201
    Phone: (615) 255-2191
    Email: david@watkinsmcneilly.com
    Attorney for Defendant Farmers Insurance Exchange


By: /s/ Joseph J. Aguda, Jr.
    Joseph J. Aguda, Jr.
    Nielsen, Carter & Treas, LLC
    3838 North Causeway Boulevard, Suite 2850
    Metairie, LA 70002
    Phone: (504) 837-2500
    Email: jaguda@nct-law.com
    Attorney for Defendant Farmers Insurance Exchange

# CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of November, 2017, this Notice of Settlement was filed electronically with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Nathan Colburn
1201A 7th Avenue North
Nashville, TN 37208
colburnlaw@gmail.com
Attorney for Plaintiff

Mark S. LeVan
Christopher M. Jones
LeVan, Sprader, Patton, Plymire & Offutt
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
mlevan@lsplaw.net
cjones@lsplaw.net
Attorneys for Defendant Wright National Flood Insurance Company

Theodore I. Brenner
Freeborn & Peters, LLP
411 East Franklin Street, Suite 200
Richmond, VA 23219
tbrenner@freeborn.com
Attorney for Defendant Wright National Flood Insurance Company

Joseph J. Aguda, Jr.
Nielsen, Carter & Treas, LLC
3838 North Causeway Boulevard, Suite 2850
Metairie, LA 70002
jaguda@nct-law.com
Attorney for Defendant Farmers Insurance Exchange

        /s/ David J. Pflaum
        David J. Pflaum